IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-016-CFC ) |
| JMC PLATFORM FUND I-A, L.P., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 8, 2020, the following documents were served on the persons listed below in the manner indicated:

1. Defendant's Objections and Responses to Plaintiff's First Set of Requests for Production

2. Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories

3. Unipower, LLC's Objections and Responses to Plaintiff's First Set of Requests for Production

**BY EMAIL**
William M. Alleman, Jr.
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
(302) 442-7010
walleman@beneschlaw.com

                                                           */s/ David M. Fry*
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawekeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com

Dated: June 8, 2020                      *Attorneys for Defendant*