IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-016-CFC |
| ) | |
| JMC PLATFORM FUND I-A, L.P., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

WHEREAS, the Court entered a Scheduling Order in the above-captioned action on April 14, 2020 (D.I. 10) (the "Scheduling Order");

WHEREAS, the parties are engaged in discovery and have agreed that the depositions of Jason McLelan, Pankaj Srivastava, SC Foo, and William Kirk will occur after the March 26, 2021 deadline for completion of fact discovery;

WHEREAS, the parties agree that it is appropriate to extend the Scheduling Order's deadlines relating to the disclosure of expert testimony and summary judgment briefing by approximately 2 weeks;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

1.  Paragraph 10(A) of the Scheduling Order is modified to provide as follows in its entirety: "For the party who has the initial burden of proof on the

subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before May 5, 2021. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before June 4, 2021. Reply expert reports from the party with the initial burden of proof are due on or before June 18, 2021. No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submission of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition. Deposition of experts shall be completed on or before July 16, 2021.

2. Paragraph 11(A) of the Scheduling Order is modified to provide as follows in its entirety: "All case dispositive motions and the opening briefs and affidavits supporting such motions shall be served on or before August 24, 2021. No case dispositive motion under Rule 56 may be filed more than ten days before this date without leave of the Court. Any answering brief shall be filed and served on or before September 24, 2021, and any reply brief in further support of the motion shall be filed and served on or before October 8, 2021."

3. Exhibit A to the Scheduling Order shall be deemed modified to reflect the revisions to Paragraph 10(A) and Paragraph 11(A) as set forth herein, as follows:

| **Opening Expert Reports** | May 5, 2021 |
|---|---|
| **Rebuttal Expert Reports** | June 4, 2021 |

| | |
|---|---|
| **Reply Expert Reports** | June 18, 2021 |
| **Close of Expert Discovery** | July 16, 2021 |
| **Summary Judgment and *Daubert* Motions** | August 24, 2021 |
| **Summary Judgment and *Daubert* Answering Briefs** | September 24, 2021 |
| **Summary Judgment and *Daubert* Reply Briefs** | October 8, 2021 |

*[Remainder of Page Intentionally Blank]*

4. Except as expressly modified herein, all other terms of the Scheduling Order remain in full force and effect without modification.

| | |
|---|---|
| */s/ William M. Alleman, Jr.* | */s/ David M. Fry* |
| William M. Alleman, Jr. (No. 5449) | John W. Shaw (No. 3362) |
| BENESCH, FRIEDLANDER, | David M. Fry (No. 5486) |
|   COPLAN & ARONOFF LLP | SHAW KELLER LLP |
| 1313 N. Market Street, Suite 1201 | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 442-7010 | Wilmington, DE 19801 |
| walleman@beneschlaw.com | (302) 298-0700 |
| *Attorney for Plaintiff* | jshaw@shawkeller.com |
| | dfry@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: March 24, 2021

SO ORDERED this 24th day of March, 2021.

_____
United States District Judge

4