IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-016-CFC ) |
| JMC PLATFORM FUND I-A, L.P., | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2021 the following document has been hand-delivered to the Court and was served on the persons listed below in the manner indicated:

1. Defendant's Compendium of Cases Cited in Support of its Motion for Sanctions (D.I. 70)

**BY EMAIL**

William M. Alleman, Jr.
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
(302) 442-7010
walleman@beneschlaw.com

Andrew J. Jarzyna
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
71 South Wacker Drive, Suite 1600
 Chicago, IL 60606
(312) 212-4950
ajarzyna@beneschlaw.com

|  |  |
|---|---|
|  | */s/ David M. Fry* |
|  | John W. Shaw (No. 3362) |
|  | David M. Fry (No. 5486) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 298-0700 |
|  | jshaw@shawkeller.com |
|  | dfry@shawkeller.com |
| Dated: August 27, 2021 | *Attorneys for Defendant* |