# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-016-CFC |
| | ) |
| JMC PLATFORM FUND I-A, L.P., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on August 30, 2021, Plaintiff served *Plaintiff's Compendium of Cases in Support of Its Opposition to Defendant's Motion for Sanctions* upon the above-captioned defendant's counsel of record in the manner listed below and caused a copy to be hand delivered to the Court.

<u>Via E-mail</u>
John W. Shaw, Esq.
David M. Fry, Esq.
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
dfry@shawkeller.com

|  |  |
|---|---|
| Dated: August 30, 2021<br>　　　Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>　　**COPLAN &ARONOFF LLP** |

By: <u>*/s/ William M. Alleman, Jr.*</u>
William M. Alleman, Jr. (No. 5449)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
walleman@beneschlaw.com

*Attorney for Plaintiff*