IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) ) ) | **Redacted - Public Version** |
| Plaintiff, | ) ) ) | C.A. No. 20-016-CFC |
| v. | ) ) ) | |
| JMC PLATFORM FUND I-A, L.P., | ) ) ) | |
| Defendant. | ) | |

# DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT (NO BREACH)

John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant*

Dated: August 24, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Plaintiff, | ) ) | C.A. No. 20-016-CFC |
| v. | ) ) ) | |
| JMC PLATFORM FUND I-A, L.P., | ) ) | |
| Defendant. | ) | |

### DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT (NO BREACH)

Pursuant to Federal Rule of Civil Procedure 56, defendant JMC Platform Fund I-A, L.P. respectfully moves for summary judgment on Power Systems Technologies, Ltd.'s claim for breach of a payment guaranty. The grounds for this motion are fully set forth in Defendant's Opening Brief in Support of Its First Motion for Summary Judgment (No Breach), and a proposed order is attached hereto.

WHEREFORE, defendant respectfully requests that the Court grant this motion and entered the proposed order attached hereto.

1

                                                    */s/ David M. Fry*
                                                    John W. Shaw (No. 3362)
                                                    David M. Fry (No. 5486)
                                                    SHAW KELLER LLP
                                                    I.M. Pei Building
                                                    1105 North Market Street, 12th Floor
                                                    Wilmington, DE 19801
                                                    (302) 298-0700
                                                    jshaw@shawkeller.com
                                                    dfry@shawkeller.com
                                                    *Attorneys for Defendant*

Dated: August 24, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | )<br>)<br>) | **REDACTED - PUBLIC VERSION** |
| Plaintiff, | )<br>) | C.A. No. 20-016-CFC |
| v. | )<br>)<br>) | ▮▮▮▮▮▮▮▮ |
| JMC PLATFORM FUND I-A, L.P., | )<br>)<br>) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S FIRST MOTION
### FOR SUMMARY JUDGMENT (NO BREACH)

At Wilmington this ____ day of _____, 2021, having considered Defendant's First Motion for Summary Judgment (No Breach), IT IS HEREBY ORDERED that the motion is GRANTED.  Specifically, the Court finds that:

1. Unipower, LLC ("Unipower") and Power Systems Technologies, Ltd. ("PSTL") entered into an Agreement for Manufacturing Services effective July 15, 2016 (the "MSA").

2. PSTL and JMC Platform Fund I-A, L.P. entered into a Second Amended and Restated Payment Guaranty dated December 5, 2017 (the "Guaranty").

3. Under the Guaranty, JMC is liable for "Guaranteed Obligations."

1

4. "Guaranteed Obligations" are "any amount or amounts that may become due and payable by Unipower . . . to PSTL pursuant to a bona fide invoice issued by PSTL to Unipower under, and in accordance with the terms and conditions of, the [MSA]."

5. The Guaranty is governed by Delaware law.

6. PSTL assigned all right, title, and interest in any amounts due and payable by Unipower to Flex Jersey Limited ("Flex Jersey").

7. PSTL's assignment to Flex Jersey is "absolute and irrevocable[.]"

8. JMC has not breached the Guaranty because JMC has not breached an obligation to pay to PSTL "Guaranteed Obligations" and because PSTL has not suffered any damages.

9. Because JMC has not breached an obligation to PSTL imposed by the Guaranty or suffered any damages as a result, PSTL cannot establish the second or third elements of breach of contract under Delaware law. *VLIW Tech., LLC v. Hewlett-Packard Co.*, 840 A.2d 606, 612 (Del. 2003) (requiring "existence of the contract"; "breach of an obligation imposed by that contract"; and "resultant damage to the plaintiff").

10. Judgment is hereby entered in favor of JMC and against PSTL on PSTL's claim for breach of the Guaranty.

                                                _____
                                                United States District Judge

## CERTIFICATE OF SERVICE

I, David M. Fry, hereby certify that on August 24, 2021, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

| | |
|---|---|
| William M. Alleman, Jr. | Andrew J. Jarzyna |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| 1313 N. Market Street, Suite 1201 | 71 South Wacker Drive, Suite 1600 |
| Wilmington, DE 19801 | Chicago, IL 60606 |
| (302) 442-7010 | (312) 212-4950 |
| walleman@beneschlaw.com | ajarzyna@beneschlaw.com |

/s/ David M. Fry
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant*