IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Plaintiff, | ) ) | C.A. No. 20-016-CFC |
| v. | ) ) ) | |
| JMC PLATFORM FUND I-A, L.P., | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT
(LACK OF STANDING)**

> John W. Shaw (No. 3362)
> David M. Fry (No. 5486)
> SHAW KELLER LLP
> I.M. Pei Building
> 1105 North Market Street, 12th Floor
> Wilmington, DE 19801
> (302) 298-0700
> jshaw@shawkeller.com
> dfry@shawkeller.com
> *Attorneys for Defendant*

Dated: August 24, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Plaintiff, | ) ) | C.A. No. 20-016-CFC |
| v. | ) ) ) | |
| JMC PLATFORM FUND I-A, L.P., | ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S SECOND MOTION FOR SUMMARY JUDGMENT (LACK OF STANDING)

Pursuant to Federal Rule of Civil Procedure 56, defendant JMC Platform Fund I-A, L.P. respectfully moves for summary judgment that Power Systems Technologies, Ltd. lacks standing to maintain this lawsuit. The grounds for this motion are fully set forth in Defendant's Opening Brief in Support of Its Second Motion for Summary Judgment (Lack of Standing), and a proposed order is attached hereto.

WHEREFORE, defendant respectfully requests that the Court grant this motion and entered the proposed order attached hereto.

1


                                                2

*/s/ David M. Fry*
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant*

Dated: August 24, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) ) ) | **REDACTED - PUBLIC VERSION** |
| Plaintiff, | ) ) | C.A. No. 20-016-CFC |
| v. | ) ) ) | |
| JMC PLATFORM FUND I-A, L.P., | ) ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S SECOND MOTION
### FOR SUMMARY JUDGMENT (LACK OF STANDING)

At Wilmington this ____ day of _____, 2021, having considered Defendant's Second Motion for Summary Judgment (Lack of Standing), IT IS HEREBY ORDERED that the motion is GRANTED. Specifically, the Court finds that:

1. Unipower, LLC ("Unipower") and Power Systems Technologies, Ltd. ("PSTL") entered into an Agreement for Manufacturing Services effective July 15, 2016 (the "MSA").

2. PSTL and JMC Platform Fund I-A, L.P. entered into a Second Amended and Restated Payment Guaranty dated December 5, 2017 (the "Guaranty").

3. Under the Guaranty, JMC is liable for "Guaranteed Obligations."

1

4. "Guaranteed Obligations" are "any amount or amounts that may become due and payable by Unipower . . . to PSTL pursuant to a bona fide invoice issued by PSTL to Unipower under, and in accordance with the terms and conditions of, the [MSA]."

5. The Guaranty is governed by Delaware law.

6. PSTL assigned all right, title, and interest in any amounts due and payable by Unipower to Flex Jersey Limited ("Flex Jersey").

7. PSTL's assignment to Flex Jersey is "absolute and irrevocable[.]"

8. Because PSTL irrevocably assigned all right, title, and interest in the underlying receivables to Flex Jersey, PSTL "has no personal stake in the outcome of the controversy," and therefore "lacks standing and cannot invoke the jurisdiction of the federal courts." *Schaub v. Geico Ins. Co.*, C.A. No. 14-5570 (MAS)(LHG), 2015 U.S. Dist. LEXIS 69567, at *7 (D.N.J. May 29, 2015).

9. Because PSTL lacks standing to maintain this lawsuit, this action is hereby DISMISSED.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, David M. Fry, hereby certify that on August 24, 2021, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

William M. Alleman, Jr.
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
(302) 442-7010
walleman@beneschlaw.com

Andrew J. Jarzyna
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
71 South Wacker Drive, Suite 1600
 Chicago, IL 60606
(312) 212-4950
ajarzyna@beneschlaw.com

/s/ David M. Fry
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com
*Attorneys for Defendant*