# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JMC PLATFORM FUND I-A, L.P., ) <br> ) <br> Defendant. ) | <br><br><br><br>C.A. No. 20-016-CFC<br><br>**PUBLIC VERSION –**<br>**FILED AUGUST 31,**<br>**2021** |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING UNPAID INVOICES ("UNPAID INVOICES CLAIM")

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Power Systems Technologies, Ltd. respectfully moves the Court for an order awarding partial summary judgment to Plaintiff in the amount of $232,577.09, plus costs and expenses (including reasonable attorneys' fees) and interest at the rate of 1.5% per month based upon certain unpaid invoices, for the reasons set forth in Plaintiff's accompanying Opening Brief in Support of Its Motion for Partial Summary Judgment Regarding Unpaid Invoices ("Unpaid Invoices Claim") and the accompanying concise statement of facts, declaration, and exhibits.

A proposed order is included herewith for the Court's consideration.

|  |  |
|---|---|
| | /s/   *William M. Alleman, Jr.* |
| | William M. Alleman, Jr. (No. 5449) |
| | **BENESCH, FRIEDLANDER,** |
| | **COPLAN & ARONOFF LLP** |
| Of Counsel: | 1313 N. Market Street, Suite 1201 |
| Andrew J. Jarzyna (*pro hac vice*) | Wilmington, DE 19801-1611 |
| **BENESCH, FRIEDLANDER,** | Phone: (302) 442-7010 |
| **COPLAN & ARONOFF LLP** | Email:  walleman@beneschlaw.com |
| 71 South Wacker Drive, Suite 1600 | |
| Chicago, Il 60606 | |
| Phone: (312) 212-4950 | *Attorneys for Plaintiff Power Systems* |
| Email:  ajarzyna@beneschlaw.com | *Technologies, Ltd.* |

Dated:  August 24, 2021

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-016-CFC |
| | ) |
| JMC PLATFORM FUND I-A, L.P., | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING UNPAID INVOICES ("UNPAID INVOICES CLAIM")

At Wilmington this _____ day of _____, 2021, having considered Plaintiff's Motion for Partial Summary Judgment Regarding Unpaid Invoices ("Unpaid Invoices Claim"), pursuant to Fed. R. Civ. P. 56, IT IS HEREBY ORDERED that the motion is GRANTED.  Specifically, the Court finds that:

1. Plaintiff is awarded judgment in the amount of $232,577.09 for the unpaid principal balance of the Unpaid Invoices;

2. Plaintiff is awarded interest at a rate of 1.5% per month on the unpaid principal balance of the Unpaid Invoices, totaling $93,930.51 through July 2021, and continuing to accrue thereafter until paid; and

3. Plaintiff is awarded its costs and fees, including reasonable attorneys' fees, incurred to recover the principal balance of the Unpaid Invoices.

_____
United States District Court Judge

# CERTIFICATE OF SERVICE

I, William M. Alleman, Jr., hereby certify that on August 31, 2021, the foregoing *Plaintiff's Motion for Partial Summary Judgment Regarding Unpaid Invoices (PUBLIC VERSION)* was served on the persons listed below in the manner indicated:

<u>Via E-mail</u>
John W. Shaw, Esq.
David M. Fry, Esq.
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
dfry@shawkeller.com

Of Counsel:
Andrew J. Jarzyna (*pro hac vice*)
**BENESCH, FRIEDLANDER,**
    **COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Il 60606
Phone: (312) 212-4950
Email:  ajarzyna@beneschlaw.com

/s/  William M. Alleman, Jr.
William M. Alleman, Jr. (No. 5449)
**BENESCH, FRIEDLANDER,**
    **COPLAN & ARONOFF LLP**
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-1611
Phone: (302) 442-7010
Email:  walleman@beneschlaw.com

*Attorneys for Plaintiff Power Systems Technologies, Ltd.*

Dated:  August 31, 2021