IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JMC PLATFORM FUND I-A, L.P., ) <br> ) <br> Defendant. ) | C.A. No. 20-016-CFC |

**<u>STIPULATION AND ORDER MODIFYING SCHEDULING ORDER</u>**

WHEREAS, the Court entered a Scheduling Order in the above-captioned action on April 14, 2020 (D.I. 10) (the "<u>Scheduling Order</u>");

WHEREAS, the Court entered the Stipulation and Order Modifying Scheduling Order on March 24, 2021 (D.I. 62), which modified certain deadlines regarding expert discovery and summary judgment briefing.

WHEREAS, the parties are engaged briefing summary judgment motions, which were filed on August 24, 2021;

WHEREAS, the parties agree that it is appropriate to extend the summary judgment briefing schedule as set forth herein;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, as follows:

15029790

1.      Paragraph 11(A) of the Scheduling Order is modified to provide as follows in its entirety: "All case dispositive motions and the opening briefs and affidavits supporting such motions shall be served on or before August 24, 2021. No case dispositive motion under Rule 56 may be filed more than ten days before this date without leave of the Court. Any answering brief shall be filed and served on or before October 1, 2021, and any reply brief in further support of the motion shall be filed and served on or before October 22, 2021."

2.      Exhibit A to the Scheduling Order shall be deemed modified to reflect the revisions to Paragraph 11(A) as set forth herein, as follows:

| **Summary Judgment Answering Briefs** | October 1, 2021 |
|---|---|
| **Summary Judgment Reply Briefs** | October 22, 2021 |

[*Remainder of Page Intentionally Blank*]

3. Except as expressly modified herein, all other terms of the Scheduling Order remain in full force and effect without modification.

| | |
|---|---|
| /s/ *William M. Alleman, Jr.* | /s/ *David M. Fry* |
| William M. Alleman, Jr. (No. 5449) | John W. Shaw (No. 3362) |
| BENESCH, FRIEDLANDER, | David M. Fry (No. 5486) |
|   COPLAN & ARONOFF LLP | SHAW KELLER LLP |
| 1313 N. Market Street, Suite 1201 | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 442-7010 | Wilmington, DE 19801 |
| walleman@beneschlaw.com | (302) 298-0700 |
| *Attorney for Plaintiff* | jshaw@shawkeller.com |
| | dfry@shawkeller.com |
| | *Attorneys for Defendant* |

Dated: September 16, 2021

SO ORDERED this _____ day of _____, 2021.

_____
Chief United States District Judge