# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-016-CFC ) |
| JMC PLATFORM FUND I-A, L.P., | ) **PUBLIC VERSION –** ) **FILED: October 13, 2021** |
| Defendant. | ) |

## PLAINTIFF'S (I) RESPONSE TO DEFENDANT'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS FIRST MOTION FOR SUMMARY JUDGMENT (CONTENDING THERE IS NO BREACH) AND (II) STATEMENT OF ADDITIONAL FACTS RELEVANT TO <u>DEFENDANT'S MOTION</u>

Of Counsel:

Andrew J. Jarzyna (*pro hac vice*)
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Il 60606
Phone: (312) 212-4950
Email:  ajarzyna@beneschlaw.com

William M. Alleman, Jr. (No. 5449)
**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-1611
Phone: (302) 442-7010
Email:  walleman@beneschlaw.com

*Attorneys for Plaintiff Power Systems Technologies, Ltd.*

Dated:  October 6, 2021

# **TABLE OF CONTENTS**

Index of Appendix of Exhibits ................................................................................. i

PLAINTIFF'S RESPONSE TO DEFENDANTS' STATEMENT OF
FACTS ..................................................................................................................... 1

PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS
RELEVANT TO DEFENDANT'S MOTION ........................................................ 3

## TABLE OF EXHIBITS

| Exhibit No. | DESCRIPTION | APPENDIX RANGE |
|---|---|---|
|  | Declaration of Trevor J. Illes in Support of Plaintiff's Opposition to Defendant's First Motion for Summary Judgment (Contending There Is No Breach) |  |
| 1. | Third Amended and Restated Servicing Agreement dated September 19, 2014, among Power Systems Technologies, Ltd., Flex Jersey Limited, and others | B001 – B077 |
| 2. | Fourth Amended and Restated Receivables Purchase Agreement dated September 19, 2014 among Flex Jersey Limited, Flex Ltd., and others | B078 – B304 |
| 3. | Declaration of Shane Michael Hollywood and Notice of Ratification on Behalf of Flex Jersey Limited, dated September 8, 2021 | B305 – B307 |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF FACTS

1. Unipower, LLC ("Unipower") and Power Systems Technologies, Ltd. ("PSTL") entered into an Agreement for Manufacturing Services effective July 15, 2016 (the "MSA").

   **PSTL Response:  Admitted.**

2. PSTL and JMC Platform Fund I-A, L.P. entered into a Second Amended and Restated Payment Guaranty dated December 5, 2017 (the "Guaranty").

   **PSTL Response:  Admitted.**

3. Under the Guaranty, JMC is liable for "Guaranteed Obligations."

   **PSTL Response:  Admitted.  PSTL refers to the Guaranty for its full contents.**

4. "Guaranteed Obligations" are "any amount or amounts that may become due and payable by Unipower…to PSTL pursuant to a bona fide invoice issued by PSTL to Unipower under, and in accordance with the terms and conditions of, the [MSA]."

1

**PSTL Response:  Admitted.  PSTL refers to the Guaranty for its full contents.**

5. The Guaranty is governed by Delaware law.

**PSTL Response:  Admitted.  PSTL refers to the Guaranty for its full contents.**

6. PSTL assigned all right, title, and interest in any amounts due and payable by Unipower to Flex Jersey Limited ("Flex Jersey").

**PSTL Response:  PSTL admits this statement as far as it goes, but disputes that it accurately represents the complete relationship and operative agreements between PSTL and Flex Jersey as necessary to understand the issues presented by Defendant's motion.  *See* B003-77; B079-304.**

7. PSTL's assignment to Flex Jersey is "absolute and irrevocable[.]"

**PSTL Response:  PSTL admits that this statement accurately quotes from section 3.6 of the Receivables Agreement, but disputes that it accurately represents the complete relationship and operative agreements between PSTL and Flex Jersey as necessary to understand the issues presented by Defendant's motion.  *See* B003-77; B079-304.**

## PLAINTIFF'S STATEMENT OF ADDITIONAL FACTS RELEVANT TO DEFENDANT'S MOTION

1.       In connection with assigning receivables to Flex Jersey, PSTL and Flex Jersey entered into that certain Third Amended and Restated Servicing Agreement dated September 19, 2014 (the "Servicing Agreement").  B003-77.

2.       Pursuant to the Servicing Agreement, PSTL was "appointed to carry out the functions specified in Clause 3 [of the Servicing Agreement], including, as applicable, servicing and collecting Receivables."  B010 (§ 2); *see also* B011-015 (§§ 2.2.2, 3.1, 3.2, 3.3).

3.       The Servicing Agreement provides that PSTL "shall have full power and authority to do any and all things in connection with such servicing and collection functions, which it may deem necessary or desirable."  B012 (§ 3.1.3).

4.       The Servicing Agreement provides that "the servicing functions of [PSTL] shall include…giving such time and attention, and exercising such reasonable skill, care and diligence in the performance of its duties hereunder as it would in servicing the Receivables if it were the owner thereof."  B012-13 (§ 3.3.1(j)).

5.       The Servicing Agreement provides that "the servicing functions of [PSTL] shall include…endeavouring, at its own expense to recover amounts due from defaulting Obligors in respect of Receivables…and, in particular…procuring the exercise of all enforcement measures available concerning amounts due from

3

defaulting Obligors, which would customarily be exercised by a beneficial owner of such Receivables…." B012, B014 (§ 3.3.1(p)).

6. The Servicing Agreement provides that the "servicing arrangements" set forth therein "shall operate as a full discharge of any of [Flex Jersey's] duties and obligations in respect of the Receivables hereunder that are so delegated." B011 (§ 2.2.2).

7. Pursuant to sections 4.1, 4.2, and 4.3 of the Servicing Agreement, PSTL is entitled to fees for its servicing activities under the Servicing Agreement. B020-21.

8. Pursuant to section 6.1.11 of the Servicing Agreement, PSTL agreed to hold in trust for the benefit of Flex Jersey and remit to a "Collections Account" any payments that PSTL may receive directly from any obligor. B037 (§ 6.1.11).

9. Pursuant to section 8.1 of the Servicing Agreement, PSTL agreed to indemnify Flex Jersey from and against any losses relating to or arising from, among other things, (i) any failure of PSTL to perform its duties, covenants, or other obligations in accordance with the provisions of the Servicing Agreement; and (ii) "any dispute, claim, offset or defense…of the Obligor to the payment of any Receivable (including a defense based on such Receivable or the related Contract not being a legal, valid binding obligation of such Obligor enforceable against it in accordance with its terms)…." B047-48 (§ 8.1(c), (e)).

10. Flex Jersey and Flex Ltd., among others, are also parties to that certain Fourth Amended and Restated Receivables Purchase Agreement dated as of September 19, 2014, related to the sale of receivables to Flex Jersey (the "RPA"). B079-304.

11. In section 8.1 of the RPA, Flex Jersey again acknowledged that PSTL has "been appointed by [Flex Jersey]" to "service and administer" the receivables subject to the Servicing Agreement. B121-22. (§ 8.1(a), (b)).

12. Flex Jersey ratified this action, authorized the continuation of this action commenced by PSTL as plaintiff, and has agreed to be bound by its result. B306-07 (¶¶ 3-5).

|  |  |
|---|---|
| Of Counsel:<br>Andrew J. Jarzyna (*pro hac vice*)<br>**BENESCH, FRIEDLANDER,**<br>    **COPLAN & ARONOFF LLP**<br>71 South Wacker Drive, Suite 1600<br>Chicago, Il 60606<br>Phone: (312) 212-4950<br>Email: ajarzyna@beneschlaw.com | */s/   William M. Alleman, Jr.*<br>William M. Alleman, Jr. (No. 5449)<br>**BENESCH, FRIEDLANDER,**<br>    **COPLAN & ARONOFF LLP**<br>1313 N. Market Street, Suite 1201<br>Wilmington, DE 19801-1611<br>Phone: (302) 442-7010<br>Email: walleman@beneschlaw.com<br><br>*Attorneys for Plaintiff Power Systems Technologies, Ltd.* |

Dated: October 6, 2021

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-016-CFC |
| | ) |
| JMC PLATFORM FUND I-A, L.P., | ) **PUBLIC VERSION –** |
| | ) **FILED: October 13, 2021** |
| Defendant. | ) |

**DECLARATION OF TREVOR J. ILLES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT (CONTENDING THERE IS NO BREACH)**

I, Trevor J. Illes, hereby declare:

1. I am an Associate at Benesch, Friedlander, Coplan & Aronoff LLP, counsel for Plaintiff Power System Technologies, Ltd. ("PSTL") in this matter. I am over the age of 18 and make this declaration based on my personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of the Third Amended and Restated Servicing Agreement dated September 19, 2014, among Power Systems Technologies, Ltd., Flex Jersey Limited, and others, produced by PSTL at PSTL068984 – PSTL069059. Highlighting has been added for the Court's convenience.

3. Attached as **Exhibit 2** is a true and correct copy of the Fourth Amended and Restated Receivables Purchase Agreement dated September 19, 2014 among

Flex Jersey Limited, Flex Ltd., and others, produced by PSTL at PSTL069103 – PSTL069328.  Highlighting has been added for the Court's convenience.

4. Attached as **Exhibit 3** is a true and correct copy of the Declaration of Shane Michael Hollywood and Notice of Ratification on Behalf of Flex Jersey Limited dated September 8, 2021.  Highlighting has been added for the Court's convenience.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on October 6, 2021

*/s/ Trevor J. Illes*
Trevor J. Illes

# Exhibit 1

**REDACTED**
B002 - B077

# Exhibit 2

# **REDACTED**
# B079 - B304

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER SYSTEMS TECHNOLOGIES, LTD., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    C.A. No. 20-016-CFC <br> : |
| JMC PLATFORM FUND I-A, L.P., | : <br> : <br> : <br> : |
| Defendant. | : |

**DECLARATION OF SHANE MICHAEL HOLLYWOOD AND NOTICE OF RATIFICATION ON BEHALF OF FLEX JERSEY LIMITED**

I, Shane Michael Hollywood, declare under the penalty of perjury and state as follows:

1. I am a Director of Flex Jersey Limited ("Flex Jersey"). I am authorized to make this Declaration and Ratification on behalf of Flex Jersey. I am over the age of 18 and competent to testify as to the matters contained herein.

2. Flex Jersey and Power Systems Technologies, Ltd. ("PSTL"), among others, are parties to that certain Third Amended and Restated Servicing Agreement (the "Servicing Agreement"). Capitalized terms used but not defined herein have the meanings ascribed to them in the Servicing Agreement.

3. As a Local Servicer under the Servicing Agreement, PSTL has full power and authority to do any and all things in connection with the servicing and collection of the Receivables originated by PSTL, including those Receivables that are at issue in the above-captioned litigation.

4. Flex Jersey ratifies and authorizes the continuation of the above-captioned litigation commenced by PSTL as plaintiff.

5. Flex Jersey agrees to be bound by the result in the above-captioned litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated: September 8th, 2021          /s/ Shane Michael Hollywood
                                    Name: Shane Michael Hollywood
                                    Title: Director

## CERTIFICATE OF COMPLIANCE

Pursuant to the Court's November 6, 2019 Standing Order, I hereby confirm that this document complies with the type and number limitations set forth in the Standing Order. I certify that this document contains 802 words, which were counted using the word count feature in Microsoft Word, in 14-point Times New Roman font. The word count does not include the cover page, tables, or the counsel blocks.

Of Counsel:

Andrew J. Jarzyna (*pro hac vice*)
**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**
71 South Wacker Drive, Suite 1600
Chicago, Il 60606
Phone: (312) 212-4950
Email: ajarzyna@beneschlaw.com

Dated: October 6, 2021

/s/   William M. Alleman, Jr.
William M. Alleman, Jr. (No. 5449)
**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**
1313 N. Market Street, Suite 1201
Wilmington, DE 19801-1611
Phone: (302) 442-7010
Email: walleman@beneschlaw.com

*Attorneys for Plaintiff Power Systems Technologies, Ltd.*

# **CERTIFICATE OF SERVICE**

I hereby certify that, on October 13, 2021, a true and correct copy of the foregoing public version of *Plaintiff's (I) Response to Defendant's Concise Statement of Facts in Support of Its First Motion for Summary Judgment (Contending There Is No Breach) and (II) Statement of Additional Facts Relevant to Defendant's Motion* was served upon the following via e-mail:

John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th
Floor Wilmington, DE 19801

*Attorneys for Defendant*

                                          */s/ William M. Alleman, Jr.*
                                     William M. Alleman, Jr. (I.D. No. 5449)