

Jeff Castellano
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

November 3, 2021

**BY CM/ECF & HAND DELIVERY**
The Honorable Colm F. Connolly
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

  Re: *Power Systems Technologies, Ltd. v. JMC Platform Fund I-A L.P.*,
     C.A. No. 20-016-CFC

Dear Chief Judge Connolly:

  Pursuant to D. Del. LR 7.1.4, Defendant JMC Platform Fund I-A L.P. ("JMC") respectfully requests oral argument on the parties' motions for summary judgment (D.I. 88, 91, 92, 96). Briefing on these motions is complete, and the parties' submissions may be found at Docket Items listed below.

| Description | Docket Items |
| --- | --- |
| PSTL's Partial Motion for Summary Judgment ("Unpaid Invoices Claim") (D.I. 88) | Briefing: D.I. 89, 126, 136<br>Declaration: D.I. 90<br>Concise Statements of Fact: D.I. 127<br>Appendix: D.I. 137 |
| PSTL's Partial Motion for Summary Judgment (The "E&O" Claim") (D.I. 91) | Briefing: D.I. 93, 124, 138<br>Concise Statements of Fact: D.I. 99, 125<br>Appendix: D.I. 139 |
| JMC's First Motion for Summary Judgment ("No Breach") (D.I. 92) | Briefing: D.I. 94, 120, 142<br>Concise Statements of Fact: D.I. 95, 121<br>Appendix: D.I. 143<br>Compendium: 145 |
| JMC's Second Motion for Summary Judgment ("Lack of Standing") (D.I. 96) | Briefing: D.I. 97, 122, 140<br>Concise Statements of Fact: D.I. 98, 123<br>Appendix: D.I. 141<br>Compendium: D.I. 146 |

SHAW KELLER LLP
Page 2

                                              Respectfully submitted,

                                              */s/ Jeff Castellano*

                                              Jeff Castellano (No. 4837)

cc:    Clerk of the Court (by CM/ECF and Hand Delivery)
        All counsel of record (by CM/ECF and e-mail)